THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SCHAFFER, Appellant.— Motion for reargument denied. Motion to modify judgment by reducing the sentence denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Johnston.

JULIUS SHAPIRO, as Administrator, etc., of SAMUEL SHAPIRO, Deceased, Respondent, v. JEWISH BOARD OF GUARDIANS, Appellant, and THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. All the facts should be before the court at the time the question of liability is determined. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

CLAIRE SIMMONDS, Appellant, v. MARTIN LUTHER SOWERS and SANFORD J. ELLSWORTH, Respondents. CLAIRE SIMMONDS, Appellant, v. MARTIN LUTHER SOWERS, Respondent.— Motion for reargument denied, without costs. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

WESTCHESTER LIGHTING COMPANY, Respondent, v. WESTCHESTER COUNTY SMALL ESTATES CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 764.] The following question is certified: Is the partial defense set forth in paragraphs 8 to 22, both inclusive, of the answer sufficient in law? Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

ROSA GURRIERI, as Administratrix, etc., of SALVATORE GURRIERI, Deceased, Appellant, v. WARNER CHEMICAL CO., KLINK PRODUCTS CORPORATION, HARRY KLAUBER, JULIUS KLAUBER and MAX KLAUBER, Respondents.— On appeal by plaintiff, administratrix, in an action for damages for death by wrongful act, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.